# United States District Court
## District of Rhode Island

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EDWIN A. ORTEGA | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:   1:95CR00075-09ML<br><br>USM Number:   04221-070<br><br>Edward C. Roy, Jr., Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]   admitted guilt to violation of conditions of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:   ▇▇▇

Defendant's Date of Birth:   ▇▇▇

Defendant's Residence Address:
73 Harriet Street
Providence, RI 02905

Defendant's Mailing Address:
73 Harriet Street
Providence, RI 02905

May 19, 2005
Date of Imposition of Sentence

/s/ Mary M. Lisi
Signature of Judicial Officer

MARY M. LISI
United States District Judge
Name & Title of Judicial Officer

May 20, 2005
Date

Attest to True Copy
DAVID A. DiMARZO
By: /s/ Deputy Clerk

1090

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation - Sheet 2

| | | Judgment - Page 2 of 5 |
|---|---|---|
| CASE NUMBER: | 1:95CR00075-09ML | |
| DEFENDANT: | EDWIN A. ORTEGA | |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | "While on supervision, the defendant shall not commit another federal, state, or local crime." | November 1, 2004 |
| 2 | "While on supervision, the defendant shall not commit another federal, state, or local crime." | January 26, 2005 |
| 3 | "The defendant shall refrain from any unlawful use of a controlled substance." | March 14, 2005 |
| 4 | "The defendant shall refrain from any unlawful use of a controlled substance." | April 30, 2004 |
| 5 | "The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer." | January 29, 2005 |
| 6 | "The defendant shall participate in an outpatient program approved by the probation office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol." | January 31, 2005 |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation - Sheet 2 - Imprisonment

CASE NUMBER: 1:95CR00075-09ML                                Judgment - Page 3 of 5
DEFENDANT: EDWIN A. ORTEGA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months** as to the underlying Counts I, II, V, X, XI, and XII of the Superseding Indictment (concurrent terms).

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before ___ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _July 13, 05_ to _ICI Otisville_
at _Otisville, NY_, with a certified copy of this judgment.

_Craig Apker, Warden_
UNITED STATES MARSHAL

By _[signature]_
Deputy United States Marshal

CASE NUMBER:      1:95CR00075-09ML                                    Judgment - Page 4 of 5
DEFENDANT:        EDWIN A. ORTEGA

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>43 months</u> as to the underlying Counts I and II of the Superseding Indictment (concurrent terms).

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

[ ] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)
[✓] **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**
[✓] **The defendant shall cooperate with the collection of DNA as directed by the probation officer.**
[ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable)
[ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

---
**FOR OFFICIAL USE ONLY - US PROBATION OFFICE**
---

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or (3) modify the conditions of supervision.
These conditions have been read to me. I fully understand them and have been provided a copy.

(Signed)

_____        _____
                    Defendant                                   Date

_____        _____
         US Probation Officer/Designated Witness                Date