# United States District Court
**for**
## The District of Rhode Island

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

**Name of Offender:** ORTEGA, Edwin A. **Case Number**: 1:95-CR-075-09ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** September 24, 1997

**Original Offense:** Racketeering Influenced Corrupt Organization, Racketeering, Conspiracy to Commit Murder, Conspiracy to Possess with Intent to Distribute Heroin, Marihuana, & Cocaine, Distribution of Heroin, Distribution of Cocaine Base.

**Original Sentence:** Eighty-four months imprisonment, five years supervised release with a special condition for substance abuse treatment and testing.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** December 28, 2001

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** April 8, 2003

**Violation Offense(s):** Violation I: Commission of a New State Crime (Driving with a Suspended License & Failure to Appear for a Summons); Violation II: Commission of a New State Crime (Misdemeanor Larceny & Resisting Arrest); Violation III: Commission of a New State Crime (Driving with a Suspended License & Leaving the Scene of an Accident); Violation IV: Commission of a New State Crime (Possession of Marihuana).

**Violation Sentence:** Ten months imprisonment, fifty months supervised release with a special condition for substance abuse treatment and testing.

**Date Supervision Recommenced:** December 24, 2003

**Date of Violation Sentence:** May 19, 2005

**Violation Offense(s):** Violation I & II: Commission of a New State Crime (Domestic Simple Assault & Driving on a Suspended License), Violations III & IV: Unlawful Use of a Controlled Substance, Violation V: Failure to Report an Arrest with Seventy-two Hours, Violation VI: Failure to Complete a Substance Abuse Program.

**Violation Sentence:** Six months imprisonment, forty-three months supervised release with the first six months in a community corrections program, mental health and substance abuse treatment, and participation in an employment training program.

**Date Supervision Recommenced:** September 30, 2005

PROB 12B
(12/00)

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**1) Addition of a condition requiring the defendant to participate in an inpatient treatment program as approved by the U.S. Probation Office. Upon completion of inpatient treatment, the defendant shall participate in an outpatient treatment program as approved by the U.S. Probation Office and submit up to 72 drug tests per year.**

**2) Based on the defendant's administrative discharge for illicit drug use, the community corrections condition is suspended.**

## CAUSE

On September 30, 2005, the defendant was referred to the Lawrence Correctional Alternatives Center (CAC), operated by the Essex County, Massachusetts, Sheriffs Department, to commence his court ordered six month community corrections sentence. On October 28, 2005, the defendant reported to the probation office after he was administratively discharged from the program for using illicit drugs. Mr Ortega admitted that, on October 24, 2005, he had smoked a heroin-laced cigarette and also admitted using cocaine on October 25, 2005. Reportedly, the drugs were smuggled into the facility by another inmate.

Mr. Ortega was released from prison on September 30, 2005, and took very little time picking up his drug use. Since he was incarcerated for a short period (six months), he was ineligible for any treatment programs and obviously is in need of intensive treatment. After reviewing the case with Supervising U.S. Probation Officer Maureen Bradley and Senior U.S. Probation Officer Kate Hopkins, we recommend that the defendant participate in the residential treatment program at Gosnold in Falmouth, Massachusetts. Our recommendation has been coordinated with Assistant U.S. Attorney Gerard B. Sullivan and Assistant Federal Defender Edward C. Roy and they concur with our treatment plan.

**Reviewed and Approved by:**

Maureen Bradley (signature)

**Maureen Bradley**
**Supervising U.S. Probation Officer**

Date: 11/01/05

**Respectfully Submitted by:**

Brian Pletcher (signature)

**Brian Pletcher**
**Senior U.S. Probation Officer**

Date: 11/1/2005

PROB 12B
(12/00)

## The Court Orders

- [ ] No Action
- [ ] The Extension of Supervision as Noted Above
- [x] The Modification of Conditions as Noted Above
- [ ] Other

Ernest C Torres

Honorable ~~Mary M. Lisi~~ Ernest C. Torres
U.S. District Judge

11/2/05
Date

Prob 49
(Rev. 3/89)

# United States District Court
for
# The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**1) Addition of a condition requiring the defendant to participate in an inpatient treatment program as approved by the U.S. Probation Office. Upon completion of inpatient treatment, the defendant shall participate in an outpatient treatment program as approved by the U.S. Probation Office and submit up to 72 drug tests per year.**

**2) Based on the defendant's administrative discharge for illicit drug use, the community corrections condition is suspended.**

Witness: [signature] Signed: X [signature]

X 11/1/05
Date