728271

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
DEC 06 2005
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

EDWIN A. ORTEGA

**WARRANT FOR ARREST**

CASE NUMBER: 1:95-CR-075-09ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDWIN A. ORTEGA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)
Violation of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d) Violation of Supervised Release

Barbara L. Barletta
Name of Issuing Officer

Barbara Barletta
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

December 6, 2005 at Providence, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at USMS Office upon surrendering | | |
| DATE RECEIVED 12/06/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Chad Wyant |
| DATE OF ARREST 01/04/2006 | | |

his form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.