# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**EDWIN A. ORTEGA**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: **1:95CR00075-09ML**

USM Number: **04221-070**

**Edward C. Roy, Jr., Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of conditions of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

RECEIVED
2006 MAY 22 A 8: 06
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-9102

Defendant's Date of Birth: 1972

Defendant's Residence Address:
**Providence, RI 02905**

Defendant's Mailing Address:
**Providence, RI 02905**

Attest to True Copy
DAVID A. DIMARZIO
By [signature]

**February 8, 2006**
Date of Imposition of Sentence

[signature: Mary M. Lisi]
Signature of Judicial Officer

**MARY M. LISI**
**United States District Judge**
Name & Title of Judicial Officer

2/8/06
Date

1104

# VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter." | October 25, 2005 |
| 2 | "The defendant shall serve six months of his term of supervision at the Coolidge House Comprehensive Sanctions center in Massachusetts." | October 24, 2005 |
| 3 | "The defendant shall participate in an inpatient treatment program as approved by the U.S. Probation Office." | November 24, 2005 |

CASE NUMBER: **1:95CR00075-09ML**
DEFENDANT: **EDWIN ORTEGA**



# IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 13 months, with no further term of supervision .**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on 5-11-2006 to FCI Ray Brook NY

at ____________________, with a certified copy of this judgment.

T.R. Craig Warden
UNITED STATES MARSHAL

By [signature]
Deputy United States Marshal